No. 95–7663.  AMOS *v.* ESMOR MANSFIELD, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–7664.  BRAGG *v.* BARTLETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 95–7676.  DI JORIO *v.* CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 95–7678.  DUNN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 95–7679.  WOODS *v.* PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 95–7682.  MCCARVER *v.* NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 95–7684.  JENNINGS *v.* HAWS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–7700.  SALAZAR *v.* NORTON, ATTORNEY GENERAL OF COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–7713.  OLIVER *v.* TEXAS.  Ct. App. Tex., 12th Dist. Certiorari denied.

No. 95–7759.  SHEPPARD *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 95–7766.  TRIVEDI *v.* DEPARTMENT OF DEFENSE ET AL. C. A. 9th Cir.  Certiorari denied.

No. 95–7789.  SUDRANSKI *v.* BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 95–7795.  FRY *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 95–7818.  GONZALEZ *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.